**Electronically Filed**
**Supreme Court**
**SCWC-11-0000460**
**07-NOV-2013**
**11:52 AM**

SCWC-11-0000460

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

In the Matter of Attorney's Fees Pertaining to
JOHN C. MCLAREN, Petitioner/Appellant,
in the case of ETSUKO FURUKAWA, Claimant,

vs.

PARADISE INN HAWAI'I LLC, Employer,

and

FIRST SECURITY INSURANCE COMPANY OF
HAWAI'I, INC., Insurance Carrier

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000460; CASE NO. AB 2010-341 (2-07-45923))

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack JJ.)

Petitioner/Appellant John C. McLaren's application for writ of certiorari filed on September 24, 2013, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai'i, November 7, 2013.

Arthur Y. Park and John C.
McLaren, for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

